AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Anderson<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00147<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 4/29/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Anderson                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Knowingly Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Demonstrating, or Picketing in the Capitol Buildings.

Date:  04/29/2024                                           /s/ M.A. Upadhyaya
                                                                       *Issuing officer's signature*

City and state:      Washington, D.C.                  Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                       *Printed name and title*

---

### Return

This warrant was received on *(date)* 4/29/24 , and the person was arrested on *(date)* 4/29/24
at *(city and state)* Greenville, SC .

Date: 4/29/24                                          R. Gebing - TFO
                                                                       *Arresting officer's signature*

                                                                       *Printed name and title*